**Order entered September 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01180-CV

## IN THE INTEREST OF M.A.A.

### On Appeal from the 382nd Judicial District Court
### Rockwall County, Texas
### Trial Court Cause No. 01-09-843

## ORDER

Before the Court is appellant's September 7, 2015 motion for review of further orders in this case and in a companion case, docketed in our Court as appellate cause number 05-15-00636-CV. The orders appellant, who is appearing pro se, seeks to have reviewed are the June 10, 2015 orders denying her motions to recuse the trial court judge.

By order dated May 18, 2015, we allowed appellant to address in her brief in this appeal earlier recusal orders that were signed months after appellant had perfected her appeal. Appellant has since filed her brief, and in the brief, she challenges those orders and the June 10th order pertaining to this appeal. She also attaches a copy of the June 10th order in her appendix.

Because the June 10th order pertaining to this appeal is related to the recusal orders we allowed appellant to address in her brief, we **GRANT** appellant's motion for review to the extent it concerns this appeal. We **ORDER** Rockwall County District Clerk Kay McDaniel to file, no later than October 5, 2015, a supplemental clerk's record containing a copy of the June 10, 2015

order denying the recusal motion in this case (trial court cause number 01-09-843). We will determine by separate order appellant's motion for review as it concerns appellate cause number 05-15-00636-CV.

/s/     ELIZABETH LANG-MIERS
JUSTICE